UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DANIELA MARIA SANCHEZ PADRON,

    Petitioner,

v.                                                                No. 1:26-CV-117-H

MARKWAYNE MULLIN, et al.,[1]

    Respondents.

## ORDER

The petitioner, Daniela Maria Sanchez Padron, filed a petition in March 2026 challenging her mandatory detention pending her removal proceedings. Dkt. No. 1. Earlier this week, the respondents filed their notice of intent to remove Sanchez Padron pursuant to a final order of removal. Dkt. No. 11. She is thus subject to detention during the 90-day "removal period." 8 U.S.C. § 1231(a)(1)(A). And "[d]uring the removal period, detention is mandatory." *Johnson v. Guzman Chavez*, 594 U.S. 523, 528 (2021) (citing 8 U.S.C. § 1231(a)(2)).

Because Sanchez Padron's detention is indisputably mandatory for the duration of the removal period, and because she does not contest her removability, the Court dismisses her petition (Dkt. No. 1) as moot.

So ordered on July 24, 2026.

                                     *James W. Hendrix*

                                  JAMES WESLEY HENDRIX
                                  UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin, the United States Secretary of Homeland Security, is automatically substituted for his predecessor, Kristi Noem. *See* Fed. R. Civ. P. 25(d).